IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAVAUGHN RICHARD LAVELL PERKINS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 41) is denied.

Dated April 16, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge