IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:13CR3102 |
| vs. | |
| DAVAUGHN RICHARD LAVELL PERKINS, | ORDER |
| Defendant. | |

As requested in the government's unopposed motion, (Filing No. 66), which is hereby granted,

IT IS ORDERED:

1) For good cause shown, (Fed. R. Crim. P. 5.1(d), the preliminary hearing on the pending Petition For Offender Under Supervision, currently set for June 27, 2018, is continued until the underlying state court action is resolved.

2) The clerk shall set a case management deadline of September 25, 2018 to check on the status of this case.

June 25, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge